**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

     **V.**           **DOCKET # 4:02CR20-01**

**CHARLES FRANKLIN**

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On May 2, 2005, this matter was heard before the Court in a violation hearing based on a petition alleging the defendant violated conditions of his supervised release by failing to refrain from violation of the law on or about January 21, 2005, in Suwannee County, Florida. The defendant admitted to the violation and was adjudicated guilty by the Court of violation of supervised release.

Accordingly, it is **ORDERED**:

The defendant shall complete a term of four (4) months home confinement with electronic monitoring at a time determined by the probation officer. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant will be subject to the standard conditions of home detention adopted for use in the Northern District of Florida. All costs of such monitoring shall be paid by the Government.

All other terms and conditions of probation as imposed on May 19, 2003, shall remain in full force and effect.

**DONE AND ORDERED** on this 13th day of June, 2005.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge